IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **JOHN WILLIAM MARTIN,**<br><br>*Petitioner*,<br><br>v.<br><br>**Warden BRIAN CHAMBERS,**<br><br>*Respondent.* | **CIVIL ACTION NO.**<br>**3:24-cv-32-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 18] to grant Warden Brian Chamber's Motion to Dismiss [Doc. 12] Petitioner John Martin's habeas petition [Doc. 1]. Petitioner did not file objections or request an extension of time to file objections; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 18] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Warden Chamber's Motion to Dismiss [Doc. 12] and **DISMISSES** Petitioner's habeas petition [Doc. 1] **with prejudice** as untimely and **DENIES** any certificate of appealability.

**SO ORDERED**, this 16th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**